UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                  )<br>                                            )<br>            Plaintiff,                     )<br>    vs.                                     )<br>                                            )<br>ARCELIA ORTEGA,                             )<br>                                            )<br>            Defendants.                     )<br>_____) | 1:04-cr-5066 OWW<br><br>ORDER FOR RETURN OF<br>NOTE AND DEED OF TRUST |

The above-named defendant having completed her sentence in this matter;

IT IS HEREBY ORDERED that the Note and Deed of Trust, Deed No. 2004-0032454-00 posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:    March 26, 2007**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE