UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:04-cr-5066 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **ARCELIA ORTEGA** | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having completed her sentence in this matter,

IT IS HEREBY ORDERED that the Passport posted in this matter (#057309925) be returned to the defendant or their representative.

IT IS SO ORDERED.

**Dated:   April 10, 2007**                      /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE