UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                                                 RE:    Arcelia ORTEGA
                                                            Docket Number: 1:04CR05066-03
                                                            **PERMISSION TO TRAVEL**
                                                            **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 10, 2006, the releasee was sentenced by Your Honor, following her conviction for a violation of 18 USC 4, Misprision of a Felony.

**Sentence imposed:** 6 months and 1 day custody of the Bureau of Prisons to be followed by 12 months supervised release. Special conditions include: Search; Financial disclosure; Mental health treatment; Co-payment for treatment; DNA collection; Home confinement for a period of 180 days.

**Dates and Mode of Travel:** November 1, 2007, through November 10, 2007. The offender and her children will be traveling by personal vehicle from Modesto, California, to Tijuana, Mexico.

**Purpose:** The releasee is requesting permission to travel to Mexico to allow her children to visit with their father, who is ill.

                                                         Respectfully Submitted,

                                                         /s/ Sandra K. Dash

                                                         **SANDRA K. DASH**
                                                    United States Probation Officer

**Dated:**        October 23, 2007
                   Modesto, California
                   SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                                **DEBORAH A. SPENCER**
                                Supervising United States Probation Officer

**RE:**   **Arcelia ORTEGA**
          **Docket Number: 1:04CR05066-03**

---

**ORDER OF THE COURT:**

**Approved**   X                              **Disapproved** _____

IT IS SO ORDERED.

**Dated:**   **October 23, 2007**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE